UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OSCAR J. MASTERS, JR., as Appointed
Representative of JOSEPH M. MASTERS,

                        Plaintiff,
    vs                                             6:02-CV-976

TOMMY THOMPSON, SECRETARY OF UNITED
STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
                        Defendant.

- - - - -- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

OSCAR J. MASTER, JR.
2368 Hullsville Road
Owego, NY 12827

DAVID M. ZEVAN, ESQ.
Attorney for Plaintiff
One North Taylor Avenue
St. Louis, Missouri 63108

HON. GLENN T. SUDDABY                     WILLIAM H. PEASE, ESQ.
United States Attorney                            Assistant U.S. Attorney
  Northern District of New York
Attorney for Defendant
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Oscar J. Masters, Jr., as Appointed Representative of Joseph M. Masters,

brought this action seeking judicial review pursuant to 42 U.S.C. § 405(g) of the Social

Security Act. By Report and Recommendation dated July 24, 2006, the Honorable David R.

Homer, United States Magistrate Judge, recommended that the plaintiff's motion be granted and the defendant's motion be denied.  The defendant has filed timely objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the report and recommendations to which the defendant has objected, the Report-Recommendation is accepted and adopted in whole.  <u>See</u> 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that

1. The plaintiff's motion is GRANTED; and

2. Defendant's motion for judgment on the pleadings is DENIED.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   November 20, 2006
          Utica, New York.